IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILFRED A. BOULDIN** | : **CIVIL ACTION** |
| | : |
| v. | : |
| | : |
| **CURTIS D. DRUDGE** and | : |
| **PASCHALL TRUCK LINES, INC.** | : **NO. 17-89** |

## ORDER

**NOW**, this 14th day of February, 2017, upon consideration of the defendants' Motion for Change of Venue (Doc. No. 3), the response and the reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.